**Electronically Filed**
**Supreme Court**
**SCWC-17-0000624**
**21-NOV-2018**
**09:31 AM**

SCWC-17-0000624

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JAMES K. LIBERO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP 17-0000624; S.P.P. NO. 17-1-0013(2); CR. NO. 98-0697(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama,
McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant James K. Libero's

application for writ of certiorari, filed on October 9, 2018, is

hereby rejected.

DATED: Honolulu, Hawai'i, November 21, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

